IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>                      Plaintiff,            )<br>                                                          )<br>      vs.                                             )<br>                                                          )<br>WISDOM WEBSTER,                    )<br>                                                          )<br>                      Defendant.        )<br>                                                          ) | 8:12CR155<br><br>ORDER |

     This matter is before the court on the defendant's motion to continue trial [14] due to the scheduling conflict. The court finds good cause being shown and the trial will be continued.

     **IT IS ORDERED** that the motion to continue trial is granted, as follows:

     1.  The jury trial now set for July 31, 2012 is continued to **September 11, 2012.**

     2.  Defendant is ordered to file a waiver of speedy trial as soon as practicable.

     3.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 11, 2012**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

     **DATED July 16, 2012.**

                                               BY THE COURT:

                                               s/ F.A. Gossett
                                               **United States Magistrate Judge**